IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN DOE SUBSCRIBER ASSIGNED** | : | **NO. 13-4561** |
| **IP ADDRESS 69.249.28.20** | : | |

## ORDER

**AND NOW**, this 7th day of October, 2013, upon consideration of the Second Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference (Document No. 7) and this action having been dismissed, it is **ORDERED** that the motion is **DENIED AS MOOT**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.